JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKA FAIR, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, a public entity; DEPUTY SANDOVAL, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-5574-DSF-AGRx<br><br>**ORDER RE: JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED THAT** in light of the parties' stipulation filed on June 25, 2021, the Court hereby DISMISSES this action without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: June 28, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge

1